1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )      No. 05-3308M-001
                                           )
10              Plaintiff,                  )   **MATERIAL WITNESS ORDER**
                                           )
11  vs.                                     )
                                           )
12                                          )
    Orlando Alaniz-Mungia,                  )
13                                          )
                Defendant.                  )
14                                          )
                                           )
15  _____)

16          Defendant(s), Orlando Alaniz-Mungia having been charged in the District of

17  Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the

18  Court having determined from the affidavit of Jamison Matuszewski filed in this case, the

19  following person(s) can provide testimony that is material to the offense(s) alleged in the

20  complaint, ~~indictment, information~~:  Maria Martinez-Jaimes and Armando Beltran-Tellez

21          The Court finds that it may become impracticable to secure the presence of the

22  witness(es) by subpoena in further proceedings because they are not in the United States

23  legally and have no legal residence or employment in this Country.

24          **IT IS ORDERED** that the witness(es) shall be detained pursuant to 18 USC §

25  3144 in a corrections facility separate, to the extent practicable, from person(s) awaiting or

26
27
28

1    serving sentences or being held in custody pending appeal.  The witness(es) shall be afforded

2    a reasonable opportunity for private consultation with counsel.

3         DATED this 18th day of November, 2005.

4

5                                         _____

6                                              Lawrence O. Anderson
                                          United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -